UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

06 mj 16

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. P0620970

Troy Gifford

ORDER TO PAY

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: PO BOX 773
Yosemite   CA   95389
CITY        STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 12/19/06

DEFENDANT'S SIGNATURE

6 months Bench Probation
YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:
Obey all laws

(x) Fine: $ 1056.00 and a penalty assessment of $ 20.00 for a TOTAL AMOUNT OF: $ 180.00 within _____ days/months; or payments of $ 180.00 per month, commencing 1/19/07 and due on the 19th of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

USDC
CENTRAL VIOLATIONS BUREAU (SA)
POST OFFICE BOX 740026
ATLANTA, GA 30374-0026

CLERK, USDC
1130 O STREET, RM 5000
FRESNO, CA 93721

CLERK, USDC
501 "I" STREET
SACRAMENTO, CA 95814-2322

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: 12/19/06

William M. Wunderlich
U.S. MAGISTRATE JUDGE

2 days custody - with credit
Clerk's Office

Not operating motor vehicle w/o drivers license

EDCA-3